JS-6

Elliott H. Stone, Esq. (SBN 264569)
**THE STONE LAW FIRM PC**
4570 Campus Drive
Newport Beach ▪ California 92660
Tel: (949) 477-9100 ▪ Fax: (477) 477-9111

Attorneys for Plaintiff ELLIOTT STONE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ELLIOTT STONE, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY, a California Corporation; and EQUIFAX, INC., a foreign corporation,<br><br>　　　　　　Defendants. | **Case No.:** SACV13-01916-JVS (RNBx)<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff ELLIOTT H. STONE hereby requests dismissal of this matter with prejudice, with each party to bear their own attorney's fees, costs and expenses incurred herein.  Defendant SOUTHERN CALIFORNIA EDISON COMPANY by and through its counsel of record, hereby stipulates to Plaintiff's request. Defendant EQUIFAX, INC., has not appeared in this action.

　　　　IT IS SO STIPULATED.

///

///

///

- 2 -

Dated: April 4, 2014

**THE STONE LAW FIRM PC**

By: ___/s/ Elliott H. Stone_____
    Elliott H. Stone, Esq.
    Attorneys for Plaintiff  ELLIOTT STONE

Dated: April 4, 2014

**PROUDFOOT & QUACH LLP**

By: ___/s/ Lan T. Quach_____
    Lan T. Quach, Esq.
    Attorneys for Defendant SOUTHERN CALIFORNIA EDISON

**IT IS SO ORDERED.**

Dated: April 9, 2014

_____
UNITED STATES DISTRICT
COURT JUDGE

- 2 -

STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE